

No. 3. ROMERO *v.* INTERNATIONAL TERMINAL OPERATING CO. ET AL., 358 U. S. 354;

No. 147. HILL, ADMINISTRATRIX, *v.* WATERMAN STEAMSHIP CORP., *ante,* p. 927;

No. 267. KELLY *v.* KOSUGA, 358 U. S. 516;

No. 560. OLIPHANT ET AL. *v.* BROTHERHOOD OF LOCOMOTIVE FIREMEN AND ENGINEMEN ET AL., *ante,* p. 935;

No. 599. PROHOROFF *v.* UNITED STATES, *ante,* p. 907;

No. 234, Misc. KLEIN *v.* McDONALD, ADJUDICATION OFFICER, ET AL., 358 U. S. 645; and

No. 361, Misc. HAMER *v.* UNITED STATES, *ante,* p. 916. Petitions for rehearing denied.

APRIL 10, 1959.

No. 760. LOCAL 259, UNITED ELECTRICAL, RADIO AND MACHINE WORKERS OF AMERICA, ET AL. *v.* LEE, CHAIRMAN OF THE SUBVERSIVE ACTIVITIES CONTROL BOARD, ET AL. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit. Petition for writ of certiorari dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Allan R. Rosenberg* for petitioners. *Solicitor General Rankin* for respondents. 

APRIL 20, 1959.

No. 625, Misc. GARRISON *v.* WOODRUFF, WARDEN;

No. 631, Misc. THOMPSON *v.* CAVELL, WARDEN; and

No. 641, Misc. WYERS *v.* BANNAN, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.